UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Christopher Gagne**  )<br>)<br>    **Plaintiff,**  )<br>)<br>    **v.**  )<br>)<br>**City of Methuen et al**  )<br>)<br>    **Defendants.**  )<br>) | Civil Action No. 25-12890-FDS |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1 AND [PROPOSED] SCHEDULING ORDER**

January 6, 2026

Pursuant to Rule 16.1(d) of the Local Rules of the United States District Court of the District of Massachusetts, the parties hereby submit the following Joint Statement.

The parties confirm that counsel conferred, as required in the Court's Scheduling Order of January 2, 2026, on January 6, 2026.

I. **JOINT DISCOVERY PLAN AND PROPOSED SCHEDULING ORDER**

**Timetable for Discovery and Motion Practice**

1. **Initial Disclosures**. Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by **January 27, 2026**.

2. **Amendments to Pleadings.** Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after **March 1, 2026**.

3. **Fact Discovery - Interim Deadlines.**

    a. Written discovery (requests for production of documents, interrogatories and request for admissions) shall be served no later than **May 5, 2026.**

    b. All depositions, other than expert depositions, must be completed by **July 15, 2026**.

4. **Fact Discovery - Final Deadline.** All discovery, other than expert discovery, must be completed by **August 30, 2026**.

5. **Expert Discovery.**

    a. Plaintiff(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by **September 15, 2026**.

    b. Plaintiff(s)' trial experts must be deposed by **October 15, 2026**.

    c. Defendant(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by **October 31, 2026**.

    d. Defendant(s)' trial experts must be deposed by **November 30, 2026**.

6. **Dispositive Motions.**

    a. Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by **December 30, 2026**.

    b. Oppositions to dispositive motions must be filed within <u>21</u> days after service of the motion.

7. **Initial and Pretrial Conferences.** The initial pretrial conference will be scheduled at a later point in the proceedings.

## II. CERTIFICATIONS

The parties, by and through their counsel and/or authorized representatives, hereby certify that they have conferred: (1) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

## III. CONSENT TO TRIAL BY MAGISTRATE JUDGE

The parties do not consent to trial by the magistrate judge.

Respectfully submitted,

PLAINTIFF,

**CHRISTOPHER GAGNE,**

By his attorneys:


/s/ *William F. Sinnott*
William F. Sinnott (BBO# 547423)
John M. Wilusz (BBO# 684950)
**HINCKLEY, ALLEN & SNYDER, LLP**
28 State Street
Boston, MA 02109
Tel: (617) 345-9000
wsinnott@hinckleyallen.com
jwilusz@hinckleyallen.com

DEFENDANTS,

**CITY OF METHUEN,
DAVID P. BEAUREGARD, JR.,
DEREK LICATA, DAWN REEBY, AND
SCOTT J. MCNAMARA,**

By their Attorney:

 */s/ Douglas I. Louison*
Douglas I. Louison (BBO# 545191)
Louison, Costello, Condon & Pfaff, LLP
Ten Post Office Square, Suite 1330
Boston, MA 02109
617-439-0305
FAX: 617-439-0325
dlouison@lccplaw.com

Dated: January 7, 2026

## CERTIFICATE OF SERVICE

I, William F. Sinnott, hereby certify that on January 7, 2026, a true copy of the above document was served upon:

Douglas I. Louison, Esquire
Louison, Costello, Condon & Pfaff, LLP
Ten Post Office Square, Suite 1330
Boston, MA 02109
dlouison@lccplaw.com

/s/ *William F. Sinnott*
William F. Sinnott